IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00691-BNB

JAMES D. JENKINS,

    Plaintiff,

v.

CALVIN BROADUS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DISMISSING CASE

---

Plaintiff James D. Jenkins initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On April 9, 2008, Magistrate Judge Boyd N. Boland entered an order that directed Plaintiff to file an Amended Complaint in keeping with Fed. R. Civ. P. 8.

On May 8, 2008, Plaintiff filed a pleading with the Court that simply states, "This is a motion to dismiss the charges on Calvin Broadus because he is not the record label that has copyright infringed me, James D. Jenkins aka The Millennium Child." The Court must construe the pleading liberally because Plaintiff is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately

upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2$^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the pleading as a Notice of Dismissal filed pursuant to Rule 41(a)(1). The file will be closed as of May 8, 2008, the date the Notice was filed with the Court. ***See Hyde Constr. Co.***, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the May 8, 2008, pleading is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of May 8, 2008, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 16 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00691-BNB

James D. Jenkins
4655 Gaylord St., Apt B
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/14/08

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                              Deputy Clerk